■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IVAN SCHWARTZ, Appellant.—Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on September 23, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Kupferman, Ross, Bloom and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN CRISTALLO, Appellant.—Judgment, Supreme Court, New York County (Robert M. Haft, J.), rendered on December 16, 1983, unanimously affirmed.